ETHEL A. STEWART, Appellant, v. JOHN A. STEWART, 3RD, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ. [144 Misc. 118.]

ELDREDGE HAYNES, Appellant, v. " LOUIS " V. STARR, First Name Being Fictitious, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

EMANUEL GOODMAN, Appellant, v. ISIDOR LEITER, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

CARL C. STOLL, SR., as Ancillary Administrator, etc., of CARL C. STOLL, JR., Deceased, Appellant, v. CURTISS FLYING SERVICE, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

REBECCA GOLDSTEIN, as Administratrix, etc., of JACOB GOLDSTEIN, Deceased, Appellant, v. PREFERRED ACCIDENT INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

RALPH W. LONG, as Receiver, Respondent, v. ALVIN WACHSMAN, Tenant, Appellant.— Determination so far as appealed from affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

CELIA S. SALSBURY, Appellant, v. HENRY L. MOSES and Others, Respondents. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

CHARLES MACK, an Infant, by His Guardian ad Litem, WILLIAM MACK and WILLIAM MACK, Respondents, v. NEW YORK PROTESTANT EPISCOPAL MISSION SOCIETY, Appellant.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; McAvoy and Martin, JJ., dissent and vote for reversal and dismissal of the complaint.

RUTH HAAS, an Infant, by SAM HAAS, Her Guardian ad Litem, and SAM HAAS, Respondents, v. THE CITY OF NEW YORK, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

NEW AMSTERDAM CASUALTY COMPANY, INC., Respondent, v. JOHN H. RALSTON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of IRVING TRUST COMPANY, as Executor, etc., of ELBRIDGE GERRY SNOW, Deceased, for an Order Directing an Inquiry of Certain Personal Property Belonging to the Deceased.— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.